UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-cr-27

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| EDDIE JOE WALKER (1) | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Government's Request For Ruling That Recusal Not Required. (Doc. No. 53). The defendant submitted a response (Doc. No. 56), stating he did not contest the Government's request and saw no basis to seek the undersigned's recusal.

After reviewing the recusal requirements set forth by Title 28 United States Code, Section 455(a) and 28 U.S.C. § 455 (b)(3), and for the reasons set forth in the Government's memorandum (Doc. No. 53), the undersigned finds no need to recuse himself from the instant case.

**SO ORDERED.**

Signed: March 16, 2007

Robert J. Conrad, Jr.
Chief United States District Judge