IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06cr27

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| EDDIE JOE WALKER ) | |
| ) | |

**THIS MATTER** is before the Court upon remand by the United States Court of Appeals for the Fourth Circuit. (Doc. No. 102).

The appellate court has directed the vacatur of judgment in its entirety as a result of the defendant's death.

**IT IS, THEREFORE, ORDERED** that the judgment (Doc. No. 87) is VACATED in its entirety and this matter is DISMISSED with prejudice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: August 6, 2009

Robert J. Conrad, Jr.
Chief United States District Judge